Andrew J. Miller (amiller@windelsmarx.com)
**WINDELS MARX LANE & MITTENDORF LLC**
One Giralda Farms
Madison, NJ 07940
Tel: (973) 966-3200
Fax: (973) 966-v3250
*Attorneys for Defendants,*
*Slayback Pharma LLC and*
*Slayback Pharma India LLP*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HERON THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC and SLAYBACK PHARMA INDIA LLP, <br><br> Defendants. | Civil Action No. 2:24-423 (JKS-MAH) <br><br> *(Electronically Filed)* <br><br> Motion Date: May 20, 2024 |

**NOTICE OF MOTION TO TRANSFER VENUE TO**
**DISTRICT OF DELAWARE PURSUANT TO 28. U.S.C. §1404(a)**

**PLEASE TAKE NOTICE** that on **Monday, May 20, 2024**, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants, Slayback Pharma, LLC and Slayback Pharma India, LLP ("Slayback"), will move before the United States District Court for the District of New Jersey for the entry of an Order transferring the venue of the above-entitled action to the United States District Court in the District of Delaware under 28 U.S.C. §1404(a).

**PLEASE TAKE FURTHER NOTICE** that Slayback shall rely upon the supporting Brief and Certification of Andrew J. Miller, Esq. submitted concurrently herewith.

{80324499:1}

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith for the Court's consideration in accordance with Local Civil Rule 7.1(e).

Dated:  April 18, 2024    **WINDELS MARX LANE & MITTENDORF LLC**

By: */s/ Andrew J. Miller*
        Andrew J. Miller

One Giralda Farms
Madison, NJ 07940
Tel.: (973) 966-3200
Fax: (973) 966-3250
amiller@windelsmarx.com

*Attorneys for Defendants,*
*Slayback Pharma LLC and*
*Slayback Pharma India LLP*

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on the date set forth below, a true and correct copy of the foregoing **MOTION TO TRANSFER VENUE** and accompanying supporting papers were filed electronically through the Court's ECF system, which will provide notice to all counsel of record in this matter. I further certify that service of the foregoing will be made on counsel of record at the time of filing.

Dated: April 18, 2024                         /s/ *Andrew J. Miller*
                                                                Andrew J. Miller