IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HERON THERAPEUTICS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SLAYBACK PHARMA LLC and )<br>SLAYBACK PHARMA INDIA LLP, )<br>)<br>Defendants. | C.A. No. 24-830 (WCB) |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Kenneth L. Dorsney of the law firm MORRIS JAMES LLP hereby enters his appearance as counsel on behalf of Defendants Slayback Pharma LLC and Slayback Pharma India LLP.

Dated: August 8, 2024

                                                    /s/ Kenneth L. Dorsney
                                           Kenneth L. Dorsney (I.D. #3726)
                                           Cortlan S. Hitch (I.D. #6720)
                                           MORRIS JAMES LLP
                                           500 Delaware Avenue, Suite 1500
                                           Wilmington, DE 19801-1494
                                           (302) 888-6800
                                           kdorsney@morrisjames.com
                                           chitch@morrisjames.com

                                           *Attorneys for Defendants*
                                           *Slayback Pharma LLC and*
                                           *Slayback Pharma India LLP*