IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HERON THERAPEUTICS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AZURITY PHARMACEUTICALS, INC., ) <br> AZURITY PHARMACEUTICALS INDIA ) <br> LLP f/k/a SLAYBACK PHARMA INDIA ) <br> LLP, and SLAYBACK PHARMA LLC, ) <br> ) <br> Defendants. ) | C.A. No. 24-830 (WCB) <br> C.A. No. 24-1363 (WCB) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Heron Therapeutics, Inc.'s Rule 30(b)(6) Notice to Defendants (Nos. 1-34)* were caused to be served on March 5, 2025, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                                              *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
*Attorneys for Defendants*

Andrew J. Miller, Esquire                                                 *VIA ELECTRONIC MAIL*
Constance S. Huttner, Esquire
Robyn Ast-Gmoser, Esquire
WINDELS MARX LANE & MITTENDORF LLC
One Giralda Farms
Madison, NJ  07940
*Attorneys for Defendants*

|  |  |
|---|---|
| OF COUNSEL:<br><br>Isaac S. Ashkenazi<br>Mark Russell Sperling<br>Justin T. Fleischacker<br>Stephen Kruse<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY  10166<br>(212) 318-6000<br><br>Karthik R. Kasaraneni<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>Washington, DC  20036<br>(202) 551-1700<br><br>March 6, 2025 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br><br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br><br>*Attorneys for Plaintiff Heron Therapeutics, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 6, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Andrew J. Miller, Esquire<br>Constance S. Huttner, Esquire<br>Robyn Ast-Gmoser, Esquire<br>WINDELS MARX LANE & MITTENDORF LLC<br>One Giralda Farms<br>Madison, NJ  07940<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)