IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HERON THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AZURITY PHARMACEUTICALS, INC., AZURITY PHARMACEUTICALS INDIA LLP f/k/a SLAYBACK PHARMA INDIA LLP, and SLAYBACK PHARMA LLC,<br><br>Defendants. | ) | C.A. No. 24-830 (WCB)<br>C.A. No. 24-1363 (WCB) |

**STIPULATION AND ORDER**
**REGARDING INFRINGEMENT AND DISCOVERY**

Plaintiff Heron Therapeutics, Inc. ("Heron") and Defendants Azurity Pharmaceuticals, Inc., Azurity Pharmaceuticals India LLP f/k/a Slayback Pharma India LLP, and Slayback Pharma LLC (collectively, "Azurity") (Heron and Azurity collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, Azurity is the owner of NDA No. 218754 ("the Azurity Application") for an intravenous aprepitant emulsion product ("the Azurity Proposed Product") and manufacturer of the Azurity Proposed Product;

**WHEREAS**, Heron is the owner of U.S. Patent Nos. 9,561,229 ("the '229 patent"), 9,974,793 ("the '793 patent"), 9,974,794 ("the '794 patent"), 11,744,800 ("the '800 patent"), 12,115,254 ("the '254 patent"), 12,115,255 ("the '255 patent"), and 12,290,520 ("the '520 patent"), the owner of NDA No. 209296 for Cinvanti®, and the manufacturer of Cinvanti®;

**WHEREAS**, Heron has asserted that Azurity, by submitting the Azurity Application seeking approval to engage in the commercial manufacture, use, sale, or offer for sale of Azurity's Proposed Product, infringes claims 6, 10, and 16 of the '229 patent; claims 3, 7, and 17

of the ’793 patent; claim 6 of the ’794 patent; claims 2, 14, and 21 of the ’800 patent; claim 7 of the ’254 patent; claims 5, 6, 19, and 23 of the ’255 patent; and claims 8, 11, 14, and 18 of the ’520 patent (collectively, “the Asserted Claims”);

**WHEREAS**, Civil Action Nos. 24-830 and 24-1363 have been coordinated for purposes of discovery and trial (“the Coordinated Action”);

**WHEREAS**, Azurity filed its Answers, Affirmative Defenses, and Counterclaims to Heron’s Complaints in the Coordinated Action, including counterclaims for noninfringement and invalidity of Heron’s Asserted Claims;

**WHEREAS**, Heron and Azurity desire to streamline the issues for resolution and limit the attendant burden and expense of such issues;

**WHEREAS**, no final judgment has been entered in the Coordinated Action, and the Coordinated Action is scheduled for trial commencing on November 17, 2025;

**THEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Azurity’s Proposed Product is literally within the scope of claim 7 of the ’254 patent, claims 5, 6, 19, and 23 of the ’255 patent, and claims 8, 11, 14, and 18 of the ’520 patent, and the commercial manufacture, use, offer for sale, and/or sale in the United States, and/or importation into the United States of Azurity’s Proposed Product would infringe these claims to the extent these claims are not found to be invalid.

2. By entering into this stipulation, Azurity does not admit the validity of any of the Asserted Claims.

3. The Parties make this stipulation without prejudice to or waiver of their rights on any appeal of any judgment of this Court, except with respect to the matter of infringement as stipulated herein.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
*Attorneys for Plaintiff Heron Therapeutics, Inc.*

OF COUNSEL:

Isaac S. Ashkenazi
Mark Russell Sperling
Justin T. Fleischacker
Stephen W. Kruse
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

Karthik R. Kasaraneni
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
(202) 551-1700

August 22, 2025

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com
*Attorneys for Defendants Slayback Pharma LLC, Azurity Pharma LLP f/k/a Slayback Pharma India LLP, and Azurity Pharmaceuticals, Inc.*

OF COUNSEL:

Andrew J. Miller
Constance H. Huttner
Robyn Ast-Gmoser
Elham F. Steiner
Windels Marx Lane & Mittendorf, LLP
One Giralda Farms
Madison, NJ 07940
(973) 966-3200

**SO ORDERED** this 25th day of August, 2025.

WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE