*AO 120 (Rev. 08/10)*

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313−1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the **U.S. District Court for the District of New Jersey** on the following:
____ Trademarks or **X** Patents. ( ____ the patent action involves 35 U.S.C. § 292.)

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 24-830 (WCB) | 1/25/2024 | NEWARK, NJ |

| PLAINTIFF | DEFENDANT |
|---|---|
| HERON THERAPEUTICS, INC. | SLAYBACK PHARMA LLC |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 US 9,561,229 B2 | 2/7/2017 | Heron Therapeutics, Inc. |
| 2 US 9,808,465 B2 | 11/7/2017 | Heron Therapeutics, Inc. |
| 3 US 9,974,742 B2 | 5/22/2018 | Heron Therapeutics, Inc. |
| 4 US 9,974,793 B2 | 5/22/2018 | Heron Therapeutics, Inc. |
| 5 US 9,974,794 B2 | 5/22/2018 | Heron Therapeutics, Inc. |

In the above−−entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ___ Amendment ___ Answer ___ Cross Bill ___ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above−−entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Final Judgment

| CLERK OF COURT | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Randall Lohan | s/ L. Hill | 6/1/2026 |

**Copy 1−−Upon initiation of action, mail this copy to Director Copy 3−−Upon termination of action, mail this copy to Director**
**Copy 2−−Upon filing document adding patent(s), mail this copy to Director Copy 4−−Case file copy**

| Patent or Trademark No. Continued | Date of Patent or Trademark | Holder of Patent or Trademark |
|---|---|---|
| US 10,500,208 B2 | 12/10/2019 | Heron Therapeutics, Inc. |
| US 10,624,850 B2 | 4/21/2020 | Heron Therapeutics, Inc. |
| US 10,953,018 B2 | 3/23/2021 | Heron Therapeutics, Inc. |
| US 11,173,118 B2 | 11/16/2021 | Heron Therapeutics, Inc. |
| US 11,744,800 B2 | 9/5/2023 | Heron Therapeutics, Inc. |